UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THEANDRE HAGGINS, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:17-CV-2512-CAP |
| UNNAMED DEFENDANT, | |
| Defendant. | |

| | |
|---|---|
| DENZEL MORRIS, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:17-CV-3390-CAP |
| GWINNETT COUNTY DETENTION CENTER, et al. | |
| Defendants. | |

| | |
|---|---|
| DENZEL MORRIS, | |
| , | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:17-CV-3530-CAP |
| GWINNETT COUNTY DETENTION CENTER MEDICAL DEPARTMENT | |
| Defendant. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the

report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 28th day of November, 2017.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge